**FILED**
MAY - 8 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



**VIA ELECTRONIC MAIL**

May 8, 2018

Case: 1:18-mc-00065
Assigned To : Unassigned
Assign. Date : 5/8/2018
Description: Misc.

Tonic Domains Corp.
P.O. Box 42
San Quentin, CA 94964

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States.

We have determined that a user of your system or network has infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individual offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringer. This would include the individual's name, physical address, IP address and e-mail address.

Thank you for your cooperation in this matter. If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy

**RECEIVED**
MAY - 8 2018
Clerk, U.S. District and Bankruptcy Courts

RECORDING INDUSTRY ASSOCIATION OF AMERICA
1025 F STREET, NW, 10TH FLOOR, WASHINGTON, DC 20004
PHONE 202 775 0101   FAX 202 775 7253   WEB www.riaa.com



**VIA ELECTRONIC MAIL**

May 8, 2018

Tonic Domains Corp.
P.O. Box 42
San Quentin, CA 94964

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet.

We have learned that your service is hosting the below-referenced domain on its network. The website associated with this domain is offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We ask that you consider the widespread and repeated infringing nature of the site operator(s)' conduct, and whether the site(s)' activities violate your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004, Tel. (202) 775-0101, or e-mail antipiracy@riaa.com, to discuss this notice. Thank you for your assistance in this matter.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy


http://srv9.youtubemp3.to/download.php?output=NzE0NzMyMS8xNTl1Nzl1Mjc1
J. Geils Band – Centerfold

http://srv10.youtubemp3.to/download.php?output=MTMyMTIwNDQvMTUyNTcyNTA1MA==
New Kids on The Block – Step By Step

http://srv8.youtubemp3.to/download.php?output=ODg0ODgxNS8xNTl1Nzl1NDE1
Nu Shooz – I Can't Wait

## **DECLARATION OF MARK McDEVITT**

THE DISTRICT OF COLUMBIA ) s.s.:

I, Mark McDevitt, the undersigned, declare that:

1. I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2. The RIAA is requesting the attached proposed subpoena that would order Tonic Domains Corp. disclose the identity, including name, physical address, e-mail address and IP address, of the user operating at the following domain:

Youtubemp3.to

3. The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this domain who has reproduced and has offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on May 8, 2018.

_____
Mark McDevitt